IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOEL M. YOUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. a Delaware Corporation,,<br><br>Defendant. | Civil Action No. 1:21-cv-00917 |

## TYLER M. CUFF CERTIFICATION OF JOSHUA A. VITTOR IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to D.N.M.LR-Civ. 83.3, the undersigned, Tyler M. Cuff, a member in good standing of the bar of this Court, certifies as follows:

1. I am employed as an attorney on this case and will personally participate in the hearings and trial of this matter.

2. JOSHUA A. VITTOR of the law firm WILMERHALE, 350 South Grand Avenue, Suite 2400, Los Angeles, CA 90071, is associated in this action with me.

3. JOSHUA A. VITTOR is an active member in good standing with the State Bar of California [Bar No. 326221].

4. JOSHUA A. VITTOR is an active member in good standing with the State Bar of New York [Bar No. 5477708].

5. JOSHUA A. VITTOR has not been denied admission to the courts of any state or to any federal court during the last five years.

6. The requisite fee of One Hundred Dollars ($100.00) has been paid to the Clerk of the Court of the United States District Court of New Mexico.

WHEREFORE, Tyler M. Cuff prays that this Court grant the admission pro hac vice of JOSHUA A. VITTOR of the law firm of WILMERHALE, in this cause of action and allow him to appear before this Court until the conclusion of this case.

Dated: July 6, 2022

Respectfully submitted,

_____
TYLER M. CUFF
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
201 Third St. NW, Suite 2200
Albuquerque, NM 87102
(505) 768-7267
tcuff@rodey.com

*Counsel for Defendant Tesla, Inc.*