IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOEL M. YOUNG,
an individual,

    Plaintiff,

v.                                                                                   No. CIV 21-0917 JB/SCY

TESLA, INC.,
a Delaware Corporation,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR
<u>VOLUNTARY DISMISSAL DUE TO SETTLEMENT</u>**

This matter comes before the Court on the Plaintiff's unopposed motion for voluntary dismissal of the Complaint due to a settlement with the Defendant. The Court FINDS the motion is well-taken and GRANTS this request as follows:

1. This case is dismissed with prejudice; and

2. The Court shall retain jurisdiction over this matter solely as may be required to consider a party's motion to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE