IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOEL M. YOUNG, an individual,

    Plaintiff,

vs.                                                    No. CIV 21-0917 JB/SCY

TESLA, INC., a Delaware Corporation,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order Granting Unopposed Motion for Voluntary Dismissal Due to Settlement, filed September 22, 2022 (Doc. 49)("Order"). In its Order, the Court: (i) dismisses this case with prejudice; and (ii) retains "jurisdiction over this matter solely as may be required to consider a party's motion to enforce the terms of the settlement agreement" that the parties have executed. Order at 1. With no more parties, claims, or issues presently before the Court, the Court hereby enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Plaintiff's Complaint for Breach of Contract, Unjust Enrichment, Civil Conversion, Negligence Per Se, and Fraud, filed September 20, 2021 (Doc. 1 at 9), is dismissed with prejudice; (ii) this case is dismissed with prejudice; (iii) the Court shall retain jurisdiction over this matter solely as may be required to consider a party's motion to enforce the settlement agreement's terms; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Joel M. Young
Placitas, New Mexico

    *Plaintiff pro se*

Tyler M. Cuff
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

David C. Marcus
Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
Los Angeles, California

    *Attorneys for the Defendant*